IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. _____ |
| v. | : | DATE FILED: _____ |
| **JEAN HYPPOLITE** | : | 18 U.S.C. § 875(c) (interstate communication of threats – 1 count) |
| | : | 18 U.S.C. § 115(a)(1)(B) (threats to federal officials – 2 counts) |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about December 3, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**JEAN HYPPOLITE**

knowingly and willfully, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, transmitted in interstate commerce a communication, that is, a telephone call to L.S., a person known to the grand jury, during which defendant Hyppolite threatened to injure and murder L.S. and others

In violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 3, 2025, in the Eastern District of Pennsylvania and elsewhere, defendant

**JEAN HYPPOLITE**

knowingly and willfully, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, threatened to assault and murder L.S., an employee of the United States Internal Revenue Service known to the grand jury, and threatened to assault and murder other employees of the Internal Revenue Service, with intent to impede, intimidate and interfere with L.S. and other employees of the Internal Revenue Service, while they were engaged in, and on account of, the performance of their official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B), (b)(4).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 4, 2025, in the Eastern District of Pennsylvania, defendant

## JEAN HYPPOLITE

knowingly and willfully, with the knowledge that the communication would be viewed as a threat and for the purpose of issuing a threat, threatened to assault and murder employees of the United States Internal Revenue Service, with intent to impede, intimidate and interfere with those employees of the Internal Revenue Service, while they were engaged in, and on account of, the performance of their official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B), (b)(4).

A TRUE BILL:

*/FOR*

**DAVID METCALF**
**United States Attorney**

No._____

# UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

## JEAN HYPPOLITE

### INDICTMENT

Counts
**18 U.S.C. § 875(c) (interstate communication of threats – 1 count)**
**18 U.S.C. § 115(a)(1)(B) (threats to federal officials – 2 counts**