IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA            :
                                    :
                                    :
            V.                      :        CRIMINAL NUMBER 26-92-1
                                    :
                                    :
JEAN HYPPOLITE                      :

## O R D E R

**AND NOW**, this _____ day of _____, 2026, the Court being advised that defense counsel needs additional time to effectively prepare the above-captioned matter for trial, and that the Government has no objection to the defendant's motion for extension for commencement of trial, the Court finds that the ends of justice to be served by granting a continuance in this matter outweigh the public's interest in a speedy trial, and therefore pursuant to Title 18, United States Code, § 3161(h)(7)(A) it is hereby

**ORDERED** the defendant's motion for continuance of time for commencement of trial is **GRANTED**, and the trial of this matter **SHALL** commence on or after _____, 2026.

BY THE COURT:

_____
**HONORABLE PAUL S. DIAMOND**
**United States District Court Judge**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | **CRIMINAL NUMBER 26-92-1** |
| | : | |
| | : | |
| JEAN HYPPOLITE | : | |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL</u>**

Jean Hyppolite, by his attorney, Kathleen M. Gaughan, Assistant Federal Defender,

Federal Community Defender Office for the Eastern District of Pennsylvania, hereby requests a

continuance of trial in the above captioned case.   As grounds counsel avers as follows:

1.      On March 12, 2026, Mr. Hyppolite was arraigned before the Honorable Craig M.

Straw, and entered a plea of not guilty on all counts pursuant to an Indictment charging him with

interstate communication of threats in violation of 18 U.S.C. § 875(c) and threats to federal

officials in violation of 18 U.S.C. § 115(a)(1)(B).

2.      Trial in this matter is scheduled to commence on April 20, 2026.

3.      Full discovery has not been received in this case.   Additional time is respectfully

requested to afford counsel time to review discovery with Mr. Hyppolite once it is received,

conduct further investigation, engage in plea negotiations in an effort to reach a non-trial

deposition and prepare for trial.   A continuance of not less than ninety (90) days is respectfully

requested.

4.      Under the Speedy Trial Rule, Title 18 U.S.C. §§ 3161(h)(7)(A), (B) and (C), the

period of delay resulting from a continuance is excludable where granting the continuance serves

the ends of justice and outweighs the best interest of the public and the defendant in a speedy

trial. Defense counsel agrees that all time until the next trial date would be excludable if the Court grants the instant motion.

5.    Failure to grant this request for a continuance would result in a miscarriage of justice, 18 U.S.C. § 3161(h)(7)(B)(i).

6.    Failure to grant the continuance would deny counsel for the defendant the reasonable time necessary for preparing effectively to represent defendant at trial.

7.    Defense counsel has thoroughly discussed this motion with Mr. Hyppolite and he has authorized counsel to represent in his motion that he consents to a continuance of trial.

8.    Assistant United States Attorney Thomas R. Perricone does not oppose this application for a continuance.

**WHEREFORE**, for reasons cited and in the interests of justice, the defense respectfully requests that this motion be granted and the trial be continued for not less than ninety (90) days.

Respectfully submitted,


*/s/ Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender

2

## CERTIFICATE OF SERVICE

I, Kathleen M. Gaughan, Assistant Federal Defender, Federal Community Defender

Office for the Eastern District of Pennsylvania, hereby certify that I have caused a copy of the

Defendant's Unopposed Motion to Continue Trial, to be filed and served through the Eastern

District Clerk's Office Electronic Case Filing ("ECF') upon:


Thomas M. Zaleski
Assistant United States Attorney
United States Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, Pennsylvania, 19106.


/s/ *Kathleen M. Gaughan*
KATHLEEN M. GAUGHAN
Assistant Federal Defender


DATE:   March 31, 2026